SOUTHERN DISTRICT OF NEW YORK

\------------------------------------------------------------x

MICHAEL REED,

                Plaintiff,

                -against-

CHARLTON KRAUSE, et al.,

                Defendants.

\------------------------------------------------------------x

22-CV-1999 (OTW)

**ORDER OF DISMISSAL**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has been advised that this action has been settled. Accordingly, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.  To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

The Clerk of Court is respectfully directed to close the case. Any pending dates and deadlines are adjourned *sine die*, and any pending motions are moot.

**SO ORDERED.**

Dated: January 18, 2023
       New York, New York

      *s/ Ona T. Wang*
      **Ona T. Wang**
      United States Magistrate Judge